IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA K. SPEAKMAN, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | NO. 10-1229 |
|     Defendant | : | |

## ORDER

AND NOW, this 27th day of April 2011, upon consideration of Plaintiff's Motion for Summary Judgment, or in the alternative, Plaintiff's Motion for Remand (Doc. No. 8) and Defendant's Response to the Request for Review (Doc. No. 9), and after careful review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo (Doc. No. 11), to which no objections were filed, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Motion is GRANTED insofar as plaintiff requests a remand;

3. The matter is REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation; and

4. The Clerk of Court shall mark this case CLOSED for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE